692

No. 800.   UNITED STATES v. BALOGH.

January 20, 1947.   *Per Curiam:* The petition for writ of certiorari is granted.   The judgment is vacated and the case is remanded to the Circuit Court of Appeals.   *Falbo* v. *United States,* 320 U. S. 549.   MR. JUSTICE MURPHY is of the opinion that the petition for certiorari should be denied.   *Acting Solicitor General Washington* for the United States.   *Hayden C. Covington* for respondent.

No. 91, Misc.   EX PARTE WATKINS;
No. 92, Misc.   EX PARTE HAINES; and
No. 94, Misc.   EX PARTE OWENS.   January 20, 1947. The motions for leave to file petitions for writs of certiorari are denied.

No. 79, Misc.   EX PARTE CANNADY;
No. 93, Misc.   EX PARTE THOMAS; and
No. 95, Misc.   EX PARTE KNEISLEY.   January 20, 1947. The motions for leave to file petitions for writs of habeas corpus are denied.

No. 813.   MARTINI ET AL., DOING BUSINESS AS LAKESIDE CUT-RATE LIQUOR STORE, v. PORTER, PRICE ADMINISTRATOR.   January 20, 1947.   Fleming, Temporary Controls Administrator, substituted as the party respondent herein.

No. 840.   KENNEDY, WARDEN, v. UNITED STATES EX REL. KULICK.   See *post,* p. 712.